UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: STEVEN ZINNEL. _____ STEVEN ZINNEL, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | No. 19-70418 D.C. No. 2:11-cr-00234-TLN-1 Eastern District of California, Sacramento ORDER |

Before: O'SCANNLAIN, W. FLETCHER, and WATFORD, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed petition.

**DENIED.**

sz/MOATT